**Dismissed and Memorandum Opinion filed August 30, 2018.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-18-00373-CV

---

## DONALD EDMONDSON, Appellant

## V.

## LEE BONETTO, Appellee

---

**On Appeal from the County Court at Law No. 1
Bell County, Texas
Trial Court Cause No. 87,275**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed April 19, 2018. The clerk's record was filed May 7, 2018. The reporter's record was filed May 9, 2018. No brief was filed.

On July 12, 2018, this court issued an order stating that unless appellant filed a brief on or before July 31, 2018, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Donovan, Wise, and Jewell.